IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00468-LTB-MEH

JAMES MADDEN,

    Plaintiff,

v.

PINNACLE FINANCIAL GROUP INCORPORATED, a Minnesota corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 7, 2008.**

    The Stipulated Motion for Entry of Protective Order [filed July 2, 2008; doc #12] is **granted**. A stipulated Protective Order is filed contemporaneously with this minute order.