**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  08-cv-00468-LTB-MEH

JAMES MADDEN,

       Plaintiff,

v.

PINNACLE FINANCIAL GROUP INCORPORATED, a Minnesota corporation,

       Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With

Prejudice (Doc 19 - filed August 5, 2008), and the Court being fully advised in the premises,

it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.

                         BY THE COURT:


                          s/Lewis T. Babcock
                          Lewis T. Babcock, Judge

DATED: August 6, 2008